**A**

Case 1:07-cv-06316-CM    Document 6-2    Filed 09/14/2007    Page 2 of 4



Case 1:07-cv-06316-CM    Document 6-2    Filed 09/14/2007    Page 2 of 4

**B**

