IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

| | |
|---|---|
| BUYERS AND RENTERS UNITED TO SAVE HARLEM; and <br><br> MARJORIE and THEODORE CHARRON; ANTHONY CASASNOVAS; KAREN FLANNAGAN; ANDRES MARES-MURO; TRACEY MOORE; RAYMOND ANDREW STAHL-DAVID; RUSSELL TAYLOR; DIANE TRUMMER; and KIM POWELL, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> PINNACLE GROUP NY LLC; PINNACLE GROUP, LLC; and JOEL WIENER, <br><br> Defendants. | [PROPOSED] ORDER GRANTING ADMISSION *PRO HAC VICE* OF ANDREW A. JACOBSON <br><br> No. 07 CIV 6316 |

The motion for admission of Counsel *pro hac vice* in this matter having come before and been considered by the Court, and the Court being satisfied that Andrew A. Jacobson, Esq., is licensed and admitted to practice law and a member in good standing of the Bar of the State of Illinois, it is hereby

ORDERED that the Motion for Admission *Pro Hac Vice* of Andrew A. Jacobson, Esq., is GRANTED and Andrew A. Jacobson is admitted to the Bar of this Court *pro hac vice* as counsel for Plaintiffs.

Dated: September 26, 2007

_____
UNITED STATES DISTRICT JUDGE