# JENNER&BLOCK

October 4, 2007



Jenner & Block LLP    Chicago
One IBM Plaza    Dallas
Chicago, IL 60611-7603    New York
Tel 312 222-9350    Washington, DC
www.jenner.com

**VIA FACSIMILE**

Richard F. Levy
Tel 312 923-2648
Fax 312 923-2748
rlevy@jenner.com

Honorable Colleen McMahon
United States District Judge
United States District Court
United States Courthouse
500 Pearl Street
New York, NY 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/07

**MEMO ENDORSED**

Re: *Buyers & Renters United to Save Harlem, et al. v. Pinnacle Group NY LLC and Joel Wiener,* No 07 Civ 6316

Dear Judge McMahon:

After the close of business today, we received a copy of a letter sent to you by counsel for Defendants relating to discovery in the captioned case. We respectfully request an opportunity to reply, by letter, and will do so by noon, tomorrow, October 5.

Respectfully,

Richard F. Levy

RFL:us

cc: Mitchell Karlan (*via facsimile*)

*Handwritten note:* No — I have already clarified my position to Mr. [illegible] 10/10/07

TOTAL P.02