AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Buyers and Renters United to Save Harlem, et al.

V.

Pinnacle Group NY LLC, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 CIV 6316

TO: (Name and address of Defendant)

Pinnacle Group NY LLC
One Penn Plaza, Suite 4000
New York, NY 10119

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard F. Levy, Esq.
Jenner & Block LLP
919 Third Avenue, 37th Floor
New York, NY 10022

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK _(signature: Marcos Quintero)_      DATE  SEP 1 4 2007

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL | SERVICES | TOTAL | $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                     Date                              *Signature of Server*

                                        _____
                                                   *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BUYERS AND RENTERS UNITED TO SAVE HARLEM; and<br><br>MARJORIE and THEODORE CHARRON; ANTHONY CASASNOVAS; KAREN FLANNAGAN; ANDRES MARES-MURO; TRACEY MOORE; RAYMOND ANDREW STAHL-DAVID; RUSSELL TAYLOR; DIANE TRUMMER, and KIM POWELL, on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br> v.<br><br>PINNACLE GROUP NY LLC; PINNACLE GROUP, LLC; and JOEL WIENER,<br><br>     Defendants. | No. 07 CIV 6316 |

## AFFIDAVIT OF SERVICE

Richard F. Levy, being duly sworn, hereby deposes and says:

 1. I am over 18 years of age and am not a party to the above-captioned proceedings. I reside in Cook County, Illinois.

 2. On September 13, 2007 I caused true and correct copies of Plaintiffs' *Amended Complaint and Exhibits thereto* to be served on Mitchell A. Karlan, Gibson, Dunn & Crutcher LLP, 200 Park Avenue, New York, New York 10166, counsel for Defendants, via e-mail to said individual.

                      _____
                        Richard F. Levy

Sworn to before me this
15th day of October 2007

_____
Notary Public

STACY LeVINE
Notary Public, State of New York
No. 01LE6146913
Qualified in New York County
Commission Expires May 30, 2010