UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

BUYERS AND RENTERS UNITED TO SAVE HARLEM, et al.,

                     Plaintiffs,

    v.

PINNACLE GROUP NY LLC, et al.,

                     Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No. 1:07-cv-06316-CM

**RULE 7.1 STATEMENT**

      Pursuant to Rule 7.1 of the Local Rules for the United States District Court for the Southern District of New York, the undersigned counsel for Pinnacle Group NY LLC ("Pinnacle") certifies that Pinnacle has no corporate parents, affiliates and/or subsidiaries that are publicly held.

Dated:  New York, New York
         November 15, 2007

                                    GIBSON, DUNN & CRUTCHER LLP

                                    By:    s/ Mitchell A. Karlan
                                           Mitchell A. Karlan (MK-4413)
                                           200 Park Avenue, 47th Floor
                                           New York, New York  10166-0193
                                           Telephone:  (212) 351-4000
                                           Facsimile:  (212) 351-4035
                                           *Attorneys for Defendants*

100339470_1.DOC