UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
BUYERS AND RENTERS UNITED TO SAVE HARLEM, :
et al., :
: No. 1:07-cv-06316-CM
                         Plaintiffs, :
:
   v. :
:
PINNACLE GROUP NY LLC, et al., :
:
                         Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## **NOTICE OF APPEARANCE**

       The undersigned respectfully enters his appearance as counsel for Defendants Pinnacle Group NY LLC and Joel Wiener, and has been designated to accept service of all pleadings, notices, filings, correspondence, and other papers relating to this litigation on behalf of Defendants Pinnacle Group NY LLC and Joel Wiener.  The undersigned is a member of this Court in good standing.

Dated: New York, New York
        November 15, 2007

                                            GIBSON, DUNN & CRUTCHER LLP

                                            By:   s/ Mitchell A. Karlan
                                               Mitchell A. Karlan (MK-4413)

                                           200 Park Avenue, 48th Floor
                                           New York, New York 10166-0193
                                           Telephone: (212) 351-4000
                                           Facsimile: (212) 351-4035

                                           *Attorneys for Defendants*