UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
BUYERS AND RENTERS UNITED TO SAVE HARLEM, :
et al., :
: No. 1:07-cv-06316-CM
Plaintiffs, :
: **NOTICE OF MOTION**
v. :
:
PINNACLE GROUP NY LLC, et al., :
:
Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PLEASE TAKE NOTICE that on the annexed Declaration of Mitchell A. Karlan, dated November 15, 2007, and the exhibits attached thereto; the Declaration of Niles Welikson, dated November 15, 2007, and the exhibits attached thereto; the Memorandum of Law in Support of Defendants' Motion to Dismiss; and the pleadings herein, defendants Pinnacle Group NY, LLC and Joel Wiener will move this Court, before the Honorable Colleen McMahon, U.S.D.J., United States Courthouse, Room 21B, 500 Pearl Street, New York, New York for an Order granting Defendants' Motion to Dismiss.

Dated:	New York, New York
	November 15, 2007

                                                    GIBSON, DUNN & CRUTCHER

                                                    By:  s/ Mitchell A. Karlan
                                                    Mitchell Karlan (MK-4413)
                                                    200 Park Ave., 47th Floor
                                                    New York, NY 10166
                                                    (212) 351-4000
                                                    (212) 351-4035
                                                    *Attorney for Defendants*


To:	Richard Levy, Esq.
	Jenner & Block LLP
	919 Third Avenue
	37th Floor
	New York, New York 10022-3900

	*Counsel for Plaintiffs*

2