## **CERTIFICATE OF SERVICE**

I, Ladan F. Stewart, hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on this 15th day of November 2007, I caused to be served a true and correct copy of the foregoing Notice of Motion; Declaration of Mitchell A. Karlan, dated November 15, 2007, and attached exhibits; Declaration of Niles Welikson, dated November 15, 2007, and attached exhibits; and Defendants' Memorandum of Law In Support of Their Motion to Dismiss, via ECF upon counsel listed below:

Richard Levy, Esq.
Jenner & Block LLP
919 Third Avenue
37th Floor
New York, New York 10022-3900

*Counsel for Plaintiffs*

Ladan F. Stewart