**Exhibit C**

Case 1:07-cv-06316-CM     Document 22-4     Filed 11/15/2007     Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BUYERS AND RENTERS UNITED TO SAVE HARLEM; MARJORIE and THEODORE CHARRON; ANTHONY CASASNOVAS; KAREN FLANNAGAN; ANDRES MARES-MURO; TRACEY MOORE; RAYMOND ANDREW STAHL-DAVID; RUSSELL TAYLOR; and DIANE TRUMMER, | ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| PINNACLE GROUP CORP. and JOEL WIENER | ) ) ) ) |
| Defendants. | ) |

**RULE 7.1 STATEMENT**

No. _____

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Buyers and Renters United to Save Harlem ("BRUSH") (a private not-for profit entity) certifies that BRUSH does not have any corporate parents, affiliates and/or subsidiaries, that are publicly held.

Date: July 9, 2007

Richard F. Levy (RL-9825)
JENNER & BLOCK LLP
91 Third Avenue, 37th Floor
New York, New York 10022-3908
Tel: (212) 891-1600
Fax: (212) 891-1699

*Attorney for Plaintiffs*

10600