**Exhibit D**



| | |
|---|---|
| MILTON HORING (1936-1985)<br>NILES C. WELIKSON<br>PHILIP A. ROSEN<br>LEONARD R. KAPLAIN<br>DANIEL ROSKOFF **<br>PETER H. SKIADAS<br>CHRISTOPHER J. DUVAL<br><br>DEBRA GENETIN TATE**<br>RICHARD T. WALSH<br>UYGAR C. KONUR*<br>RANDI B. GILBERT<br>HAROLD ROSENTHAL***<br>TSEDEYE TIBEBE<br>GARY WOLLAN<br>MISTY WYATT | **HORING WELIKSON & ROSEN P.C.**<br>ATTORNEYS AT LAW<br>11 HILLSIDE AVENUE<br>WILLISTON PARK, NEW YORK 11596<br>TELEPHONE 516-535-1700<br>FACSIMILE 516-535-1701<br><br><br>* Member of the N.Y. & N.J. Bar<br>** Member of the N.Y. & CT Bar<br>*** Member of the N.Y. & Wash. D.C. Bar |

FILE COPY

June 29, 2007

Overnight Delivery

Darryl M. Vernon, Esq.
Vernon & Ginsberg, LLP
261 Madison Avenue
New York, NY 10016

Re:   Charron v. 706 Realty Co. LLC

Dear Mr. Vernon:

Enclosed, pursuant to your letter of June 13, 2007, are replacement checks payable to "Marjorie Charron". Included in the amounts of these checks is the interest calculated at 9% per annum pursuant to DHCR and CPLR rules and regulations. Please be reminded that on August 27, 2003 your client was afforded a rent credit of $2,069.58.

Contrary to your assertion in your letter of June 13, 2007 treble damages will not be awarded to your client. Pursuant to DHCR Policy Statement 89-2 when a landlord tenders the overcharge amount within the time period to respond to an overcharge complaint treble damages are not imposed.

Please be advised that as indicated on the enclosed checks, the cashing of these checks constitutes full satisfaction of any and all claims through June of 2007.

Very truly yours,

Daniel Roskoff

```
... HEALTH CO LLC
P.O BOX 1920   NEW YORK   NY   10116
JP MORGAN CHASE BANK
2 PENN PLAZA
NEW YORK        NY  10001
```

*EIGHT THOUSAND SEVEN HUNDRED NINE************

PAY TO THE ORDER OF: MARJORIE CHARRON

PAYMENT IN FULL — No further...

⑈013284⑈  ⑆021000021⑆  136068774⑈

BOX 1920  NEW YORK  NY  10116
JP MORGAN CHASE BANK
2 PENN PLAZA
NEW YORK    NY  10001

CHECK NO. 132

*TWENTY ONE THOUSAND ONE HUNDRED SEVENTY ONE*************DOLLARS 21/00

DATE: 06/19/2007

PAY TO THE
ORDER OF  MARJORIE CHARRON                           $*****21,171.21

"013285"  :021000021: 136068774"