# Exhibit E

07/19/2007  08:44    5165351701              HORING WELJ                    PAGE  02

CIVIL COURT OF THE CITY OF NEW YORK              Index No. L&T: 85342/06
County of New York                                Page _____ of _____
Date 7/18/07      Part C                          Hon. Shneider

3657 Realty Co. LLC
_____ Petitioner(s).
       against

Anthony Casanovas & Veronica Gonzalez
_____ Respondent(s)

## STIPULATION OF SETTLEMENT

*The parties understand that each party has the right to a trial, the right to see a Judge at any time and the right not to enter into a stipulation of settlement. However, after review of all the issues, the parties agree that they do not want to go to trial and instead agree to the following stipulation in settlement of the issues in this matter.*

Party (please print)                                    Added/Amended   Appearance   No Appearance   No Answer
                                                        or Deleted
Petitioner  3657 Realty LLC                                              ✓           By
Respondent 1  Anthony Casanovas    reflect proper        ✓                           Counsel
                                    spelling
Respondent 2  Veronica Gonzalez                                          ✓
Respondent 3  _____

Parties agree as follows, in settlement of their claims:
1) Petitioner to tender respondents a rent stabilized 2 year lease in the amount of $1586.00 commencing Aug 1, 2007 and expiring July 31, 2009
2) In settlement of all issues raised in this proceeding, parties agree that legal regulated rent was $1586.00 as of May 1, 2005 (and to tender lease in that amt as described above) This figure is a compromise reached upon lengthy negotiations
3) In settlement of all claims/issues raised in this case respondent/petitioner agree that respondent will tender $9500.00 by July 24, 2007, - and therefore will have a zero balance thru July 2007, representing all rent due. Respondent ~~~~~ release petitioner from all claims in this proceeding
4) Upon default either side may restore for appropriate relief, including entry of judgment;
5) Neither party makes any admissions herein - this settlement reflects a compromise by the parties of their competing claims. Respondent withdraws counterclaim/defenses here in with prejudice.

All other claims have been taken with consent.

thank [to] petitioner