**Exhibit F**

Case 1:07-cv-06316-CM     Document 23-7     Filed 11/15/2007     Page 1 of 3

CIVIL COURT OF THE CITY OF NEW YORK          Index No. L&T 85342/06
COUNTY OF NEW YORK
DATE July 18, 2007      PART C                Hon. Shneider

-----------------------------------------------------------

3657 REALTY CO., LLC,

                Petitioner(s),         **STIPULATION OF SETTLEMENT**

    -against-                              The parties understand that each party has the right to a trial, the right to see a Judge at any time and the right not to enter into a stipulation of settlement. However, after a review of all the issues, the parties agree that they do not want to go to trial and instead agree to the following Stipulation in settlement of the issues in the matter.

ANTHONY CASASNOVAS
AND VERONICA GONZALEZ,

                Respondents.

-----------------------------------------------------------

| Party | | Amended | Appearance |
|---|---|---|---|
| Petitioner | 3657 Realty Co. LLC | | X By Counsel |
| Respondent 1 | Anthony Casasnovas | X to reflect proper spelling | X By Counsel |
| Respondent 2 | Veronica Gonzalez | | X By Counsel |

Parties agree as follows, in settlement of their claims:

1) Petitioner to tender respondents a rent stabilized 2 year lease in the amount of $1,586.00 commencing August 1, 2007 and expiring July 31, 2009.

2) In settlement of all issues raised in this proceeding parties agree that legal regulated rent was $1,586.00 as of May 1, 2005 (and to tender lease in that amount as described above). This figure is a compromise reached upon lengthy negotiations.

3) In settlement of all claims/issues raised in this case respondent/petitioner agree that respondent will tender $9,500.00 by July 24, 2007, - and therefore will have a zero balance through July 2007, representing all rent due through July 31, 2007. Respondents release petitioner from all claims in this proceeding.

4) Upon default either side may restore for appropriate relief, including entry of judgment.

5) Neither party makes any admissions herein; this settlement reflects a compromise by the parties fo their completing claims; - Respondent withdraws counterclaims/defenses herein with prejudice. All DHCR claims have been withdrawn.

S/_____    S/_____    S/_____