# Exhibit G

**Civil Court of the City of New York**    Index Number S P 263/06

County of _NY_    Hon. _Finkelstein_
Part 5    Date _9/26/06_

JSC Realty Co. LLC

Plaintiff(s)/Petitioner(s),
against

Karen Flanagan
_[illegible] Jane Doe_

Defendant(s)/Respondent(s)

**STIPULATION OF SETTLEMENT**

*The parties understand that each party has the right to a trial, the right to see a Judge at any time and the right not to enter into a stipulation of settlement. However, after a review of all the issues, the parties agree that they do not want to go to trial and instead agree to the following stipulation in settlement of the issues in this matter:*

Matter settled as follows:

1) Resp. Karen Flanagan will be given succession rights to the premises. Rent increased to $70 m. mo. [illegible] effective upon release of the use & occupancy of $1477.60 to as all rent due through 4/06 by 5/6/06

by money order or certified funds only.

This is also succession.

2) [illegible]

3) [illegible]

[signatures]

**Civil Court of the City of New York**
County of Bronx
Part H    Date 5/24/05

Index Number SF203/05

Hon. _____

700 Realty Co, LLC

Plaintiff(s)/Petitioner(s),

against

Karen Flannagan

Defendant(s)/Respondent(s)

## STIPULATION OF SETTLEMENT

*The parties understand that each party has the right to a trial, the right to see a Judge at any time and the right not to enter into a stipulation of settlement. However, after a review of all the issues, the parties agree that they do not want to go to trial and instead agree to the following stipulation in settlement of the issues in this matter:*

It is agreed:

All motions + proceedings adj'd/suspended to 9/2/05.

Jury demand stricken.

Resp many pay $XX to petitioner without prejudice and presentation of bill.

Resp submits today true copies of 2002 + 2003 tax returns + Board of Elections card, copy of driving license, 3/2/05 Fire letter advising address + copy of driver's license along with petition from tenants of building as to Resp Flanagan's occupancy.

HON. JOHN S. [illegible]

CIV-LT-30 (Revised September, 1997)    Page ___ of ___