# Exhibit H

**Civil Court of the City of New York**

County of NY
Part C    Date 1/5/07

Index Number 94217-06
Hon. Schneider

509 Realty Co LLC

Plaintiff(s)/Petitioner(s),
against

Tracey Moore 101 AF
509 W 133rd St
NY NY 10032

Defendant(s)/Respondent(s)

### STIPULATION OF SETTLEMENT

*The parties understand that each party has the right to a trial, the right to see a Judge at any time and the right not to enter into a stipulation of settlement. However, after a review of all the issues, the parties agree that they do not want to go to trial and instead agree to the following stipulation in settlement of the issues in this matter:*

1) Petition is deemed amended to date & includes all rent due through 1/31/07.

2) Petitioner hereby gives Respondent a credit of $5623.66 representing rent overcharge. After credit Respondent acknowledges owing Petitioner $2942.96. @ Respondent Sec Rent gone toward $1308.53

3) Respondent agrees to pay $2942.96 by 1/31/07. All payments are to be made by money order, official check or cert funds.

4) Petitioner reserves the right to seek legal fees & Petitioner may accept partial payment w/o prejudice.

5) In the event of a default hereunder, petitioner shall be entitled to entry of judgment & issuance of warrant on 5 days Notice of motion.

X _____ HWR     X _____

CIV-LT-30 (Revised, September, 1997)     Page ___ of ___