# Exhibit M

## Niles Welikson

**From:** Niles Welikson
**Sent:** Thursday, November 08, 2007 3:16 PM
**To:** 'Levy, Richard F'
**Subject:** RE: Stahl-David Agreement

Thanks.

Niles C. Welikson, Esq.
Horing Welikson & Rosen, P.C.
11 Hillside Avenue
Williston Park, New York 11596
Telephone: 516-535-1700
Facsimile: 516-535-1701
e-mail: nwelikson@hwrpc.com


-----Original Message-----
From: Levy, Richard F [mailto:RLevy@jenner.com]
Sent: Thursday, November 08, 2007 3:13 PM
To: Niles Welikson
Subject: RE: Stahl-David Agreement


ok with me


------------------------------------------------------------

Richard F. Levy

Jenner & Block LLP
330 N. Wabash Avenue   919 Third Avenue
Chicago, IL 60611-7603  New York, NY 10022-3823
Tel (312) 923-2648  Tel (212) 891-1640
Fax (312) 923-2748  Fax (212) 891-1699
Cell (312) 953-4781
RLevy@jenner.com
www.jenner.com

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.
------------------------------------------------------------
-----Original Message-----

From: Niles Welikson [mailto:nwelikson@hwrpc.com]
Sent: Thursday, November 08, 2007 3:12 PM
To: Levy, Richard F
Subject: RE: Stahl-David Agreement

As discussed I'll add the following:
4.  This Agreement shall not operate as a release of any claims encompassed by an action filed in the United States District Court for the Southern District of New York under index number 07 CIV 6316 except as specifically addressed herein with respect to settlement pertaining to the rent overcharge award regarding the subject premises.
Please give me your okay and I'll put it in stip. and get it back to you.

1

Niles C. Welikson, Esq.
Horing Welikson & Rosen, P.C.
11 Hillside Avenue
Williston Park, New York 11596
Telephone: 516-535-1700
Facsimile: 516-535-1701
e-mail: nwelikson@hwrpc.com



-----Original Message-----
From: Niles Welikson
Sent: Thursday, November 08, 2007 3:00 PM
To: 'Levy, Richard F'
Subject: RE: Stahl-David Agreement


If you're talking about the Fed. suit why not just say it's without prejudice to that except that it is a full resolution of the overcharge award?

Niles C. Welikson, Esq.
Horing Welikson & Rosen, P.C.
11 Hillside Avenue
Williston Park, New York 11596
Telephone: 516-535-1700
Facsimile: 516-535-1701
e-mail: nwelikson@hwrpc.com



-----Original Message-----
From: Levy, Richard F [mailto:RLevy@jenner.com]
Sent: Thursday, November 08, 2007 2:46 PM
To: Niles Welikson
Subject: RE: Stahl-David Agreement


Niles:  For clarity, will you add, at the end of paragraph 2 of your draft, "This Agreement does not constitute a release by Tenants of an other claims, past, present or future, that Tenants may have against Landlord or its affiliates."

With that, I can get this signed immediately.

Sorry for the delay in responding.


----------------------------------------------------------

Richard F. Levy

Jenner & Block LLP
330 N. Wabash Avenue  919 Third Avenue
Chicago, IL 60611-7603  New York, NY 10022-3823
Tel (312) 923-2648  Tel (212) 891-1640
Fax (312) 923-2748  Fax (212) 891-1699
Cell (312) 953-4781
RLevy@jenner.com
www.jenner.com

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in

2

error, please notify the sender immediately and delete it from your system.
--------------------------------------------------------
-----Original Message-----

From: Niles Welikson [mailto:nwelikson@hwrpc.com]
Sent: Wednesday, November 07, 2007 5:11 PM
To: Levy, Richard F
Subject: Stahl-David Agreement

Richard,
Enclosed please find the Agreement we discussed.  Please let me know when it will be signed and returned.  My client is getting me the check payable to the three tenants who are parties to the agreement.

Niles C. Welikson, Esq.
Horing Welikson & Rosen, P.C.
11 Hillside Avenue
Williston Park, New York 11596
Telephone: 516-535-1700
Facsimile: 516-535-1701
e-mail: nwelikson@hwrpc.com




-----Original Message-----
From: xerox@hwrpc.com [mailto:xerox@hwrpc.com]
Sent: Wednesday, November 07, 2007 5:07 PM
To: Niles Welikson
Subject: Scanned Document




Sent by: Guest [xerox@hwrpc.com]
Number of Images: 2
Attachment File Type: PDF