**Exhibit N**

164-016-5

VIA E-MAIL

April 26, 2006

Russell Taylor
75 St. Nicholas Place   Apt. 1J
New York, New York 10032

Dear Mr. Taylor:

This letter will serve as confirmation, pursuant to my conversation with Ms. Nash yesterday and with you this morning, that the holdover proceeding, Index #61901/06, filed in New York City Housing Court, against Saidah Nash has been discontinued and no further legal action with regard to this matter will be taken. In addition, please be advised that the landlord has, as of this date, granted a "First Succession" to you and all records have been adjusted to reflect Russell Taylor as the Tenant of Record. Also, the law firm of Horing, Welikson and Rosen has been directed to discontinue this case immediately and will file a Notice of Discontinuance on the adjourn date of May 2, 2006. You may refrain from appearing on that date if you wish.

In the event you have any questions regarding this matter, please do not hesitate to contact me at (917) 509-5545 at any time.

Very truly yours,

Donna Fabrizio
Executive Manager
Legal Department

cc: Christopher Duval, Esq.