# Exhibit O

**Civil Court of the City of New York**

County of _NY_
Part _4_    Date _5/2/06_

_Pinnacle Hamilton LLC_

Plaintiff(s)/Petitioner(s),

against

_Sa'idah Nash,_
_Lakia Somerville_

Defendant(s)/Respondent(s)

Index Number _61901/06_    (#2)

Hon. _Finkelstein_

## STIPULATION OF SETTLEMENT

*The parties understand that each party has the right to a trial, the right to see a Judge at any time and the right not to enter into a stipulation of settlement. However, after a review of all the issues the parties agree that they do not want to go to trial and instead agree to the following stipulation in settlement of the issues in this matter:*

Proceeding discontinued by petitioner.

_[signature] HWR_
attorney for petitioner

CIV-LT-30 (Revised, September, 1997)    Page _1_ of _1_