**Exhibit Q**



May 22, 2005

680 Realty Co., LLC
1 Penn Plaza, Suite 4000
New York, New York 10119
Attn: Legal Dept. – Lino A. Moyon

To Whom It May Concern:

    I am writing this letter as a follow-up to my certified letter that you signed for on May 10th, 2005 (see attached). This letter was regarding the noise problem I have been having with my upstairs neighbor, Sabrina Mobley and her live-in boyfriend (name I don't know).

    In said letter, I requested that you send me a copy of the letter you sent Ms. Mobley, or a letter telling me that she has been contacted and that she is aware of the legal ramifications of her actions. I also requested that you outline what information was told her by your office. It has been almost 2 weeks since you received my letter and as of this date, I haven't heard from you or anyone from 680 Realty Co., LLC.

    Can you please let me know what the status is regarding my complaint of Ms. Mobley?

Sincerely,

*Diane L. Trummer*

Diane L. Trummer
680 Riverside Drive, Apt. 3-B
New York, N.Y. 10031

(Phone) 212-694-4608

Sent Certified # 7004-2890-0080-3004-2463  5/24

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   680 Realty Co., LLC
   1 Penn Plaza #4000
   NY, NY 10119

   Legal Dept
   Lino A. Moyon

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X *Lino A Moyon*   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number: 7004 2890 0000 3004 2463

PS Form 2595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ 0.37 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.42   05/24/05 |

Sent to: 680 Realty Co., LLC  Legal Dept  L. Moyon
Street, Apt. No.; or PO Box No.: 1 Penn Plaza, #4000
City, State, ZIP+4: NY NY 10119

PS Form 3800, June 2002

7004 2890 0000 3004 2463

---

*2nd letter confirmation re: may 2005 noise*

---

UNITED STATES POSTAL SERVICE
***** WELCOME TO *****
PLANETARIUM STA.
NEW YORK, NY 10024-9998
05/24/05 02:00PM

Trans #: 52
Cashier: KZDWCC
Cashier's Name: CHERYL STACHERYL
800-275-8777
3558250053

Store USPS
Wkstn sys5005
Weight: 0.70 oz.
Destination: 10119
First-Class
  PVI    -0.37
  Affix Post.    4.42
  Postage Type:   -0.37
  Base Rate        0.37
Total Cost       4.05
SERVICES
Certified Mail    2.30
7004289000030042463
Ret. Receipt (Green Card)  1.75
Subtotal    4.0
Total       4.0

Sent certified mail   12/5/2006
                      7005-3110-0002-7697-1876

Karen,

Also attached, please find the follow up letter that I sent to your legal department regarding the noise problem with my upstairs neighbor.

As you can see, the first letter was sent prior to May 10, 2005 because someone at 680 Realty signed for it on May 10, 2005.

**That tells me that Sabrina had her party on May 7, 2005.**

This follow up letter was sent about 2 weeks after.

I am also attaching the letter I sent to Gladys this year regarding more problems.

As you can see, all these letters have been sent certified and I am hopeful that you or Gladys can find the original one. It's got to be in my folder or the building's folder for May 2005.

I am mailing Gladys copies of these letters as well.

Please call me to confirm receipt of all this information and to let me know that Rosa in accounting has my checks.

Lastly, thank you for all your help and patience in these matters.

Sincerely,

Diane L. Trummer
680 Riverside Drive, Apt. 3-B
New York, N.Y. 10031
(917) 386-5377