# Exhibit R

Case 1:07-cv-06316-CM    Document 23-19    Filed 11/15/2007    Page 1 of 2

| | | |
|---|---|---|
| STATE OF NEW YORK<br>DIVISION OF HOUSING AND COMMUNITY RENEWAL<br>OFFICE OF RENT ADMINISTRATION | Gertz Plaza<br>92-31 Union Hall St.<br>Jamaica, NY 11433<br>(718) 739-6400 | DOCKET NO.<br>UG410007OR |

## ORDER RESTORING RENT

SJF/sr

**MAILING ADDRESS OF TENANT:**

Name: Diane Trummer
Number and Street: 680 Riverside Drive Apt. 3B
Municipality, State, Zip: New York, NY 10031

**MAILING ADDRESS OF OWNER/LANDLORD:**

Name: 680 Riverside Realty Co., LLC
Number and Street: P.O. Box 1919
Municipality, State, Zip: New York, NY 10116

BUILDING: (Number and Street)   (Apt. No.)   (Municipality)
Same as above
(If Different From Tenant's Mailing Address)

The rent(s) was previously reduced by an Order issued on July 15, 2004 under Docket No. SF-410073-S, based on decreased service(s).

The owner filed an application to restore the rent based upon restoration of services. All parties affected were so notified and had an opportunity to respond to the owner's application. After consideration of all the evidence in the record, and upon the grounds stated in Section(s) §2520.6(r) & §2522.6 of the Code, the Rent Administrator:

(Only item(s) checked below applies)

1. [X] **Finds** that the conditions or violations upon which an Order was issued reducing the rent have been corrected and warrant a restoration of the rent.

2. [X] **Grants** the application. The rent is hereby restored to the level in effect prior to the rent reduction plus subsequent lawful increases. Restoration is limited to the rent reduction granted under the related docket and has no effect on other reductions, if any, which may remain in effect.

   **The restoration shall be effective November 7, 2005.**

3. [X] **Other:** Order Number SF-410073-S issued on July 15, 2004 reduced the rent for the subject apartment to $1.00 per month based upon fire damages.

   Both the owner's and tenant's correspondences confirm that the tenant resumed occupancy of the subject premises in November 2005.

   Therefore, the rent restoration is deemed warranted for the following:

   Services Restored:
   Apartment restored to habitability.

Issue Date: **NOV 0 3 2006**

_July S. O'Brien_
Rent Administrator