# Exhibit T

Case 1:07-cv-06316-CM    Document 23-21    Filed 11/15/2007    Page 1 of 5

## TEN-DAY NOTICE OF TERMINATION

TO:  MARGARET POWELL
706 Riverside Drive, Apartment 7E
New York, NY 10031

SUBJECT PREMISES:   706 Riverside Drive, Apartment 7E, New York, NY 10031

**YOU ARE HEREBY NOTIFIED AND ADVISED** that the landlord does hereby elect to terminate your tenancy of the above described premises now held by you under leasehold hiring. Unless you remove from the premises by __January 15, 2007__, the day on which your term is terminated by this notice, the landlord will commence summary proceedings under the statute to remove you from the premises for holding over after the expiration of said term.

**PLEASE TAKE FURTHER NOTICE** pursuant to Section 2524.3(b) of the Rent Stabilization Code that the grounds for the termination of your tenancy are the fact that you are committing or permitting a nuisance in your apartment and/or in the building wherein your apartment is located as follows: 1) that you are maliciously or by reason of gross negligence, substantially damaging the housing accommodation and/or; 2) that you are engaging in a persistent and continuing course of conduct evidencing an unwarrantable, unreasonable or unlawful use of the property to the annoyance, inconvenience, discomfort or damage to others, the primary purpose of which is intended to harass the owner or other tenants or occupants of the building wherein your apartment is located or an adjacent building or structure by interfering substantially with their comfort and safety.

**PLEASE TAKE FURTHER NOTICE** that the facts upon which the above grounds are based are that:

1. On October 14, 2006 you did enter an elevator in the building located at and known as 706 Riverside Drive, New York, New York and, on that date, you did utilize a maker to write on the wall of the subject elevator. In addition, you marked up the walls of the elevator with nail polish and with spray paint. In addition, you placed nail polish on the tracks of the elevator at the floor thereof in an apparent attempt to interfere with the working mechanism of the elevator. You committed similar acts in the elevator of said premises on five other occasions from October 2005 through and including March, 2006.

That as a consequence of the aforesaid October 14, 2006 incident a police report was filed and you were arrested by the police on or about December 7, 2006. A true copy of the arrest report is annexed hereto and made a part hereof.

Dated:  December 28, 2006

706 REALTY CO. LLC Landlord

BY: _/s/ Donna Fabrizio_
Donna Fabrizio, Executive Manager

Any inquiries regarding this Notice should be addressed in writing to Horing Welikson & Rosen, P.C., 11 Hillside Avenue, Williston Park, New York 11596.

# New York City Police Department
## Omniform System - Complaints

| Report Date: | Jurisdiction: N.Y. POLICE DEPT | Record Status: No Arrests | Complaint # 2006-030-06233 |
|---|---|---|---|

**Occurrence Location:** INSIDE OF 706 RIVERSIDE DRIVE
- Name Of Premises:
- Premises Type: RESIDENCE - APT. HO
- Location Within Premises: ELEVATOR
- Visible By Patrol?: NO

Precinct: 030
Sector: D
Beam:
Post: 38

**Occurrence From:** 2006-10-14 13:45 SATURDAY
- Occurrence Thru: 2006-10-14 14:00
- Reported: 2006-10-26 13:20
- Complaint Received: WALK-IN

Aided #
Accident #
D.C.O.S. #

**Classification:** CRIM MISCHIEF
- Attempted/Completed: COMPLETED
- Most Serious Offense Is: MISDEMEANOR
- PD Code: 258 CRIMINAL MISCHIEF 4TH, GRAFFITI
- PL Section: 145.60
- Keycode: 351 CRIMINAL MISCHIEF & RELATED OF

**Case Status:** OPEN
- Unit Referred To: P.D.U.
- Clearance Code:
- Log/Case #: 0
- File #: 41
- Prints Requested? NO

| Was The Victim's Personal Information Taken Or Possessed? NO | Was The Victim's Personal Information Used To Commit A Crime? NO |
|---|---|
| Gang Related? NO | Gang Intel Log #: | Name Of Gang: | CIR Required? NO | Child Abuse Suspected? NO |

**If Burglary:**
- Forced Entry?
- Structures
- Entry Methods
- Entry Locations

**Alarm:**
- Bypassed?
- Co. Responded To:
- Company Name/Phone:
- Crime Prevention Survey Requested?:

**If Arson:**
- Structures
- Occupied?
- Damage by:

| Supervisor On Scene - Rank / Name / Command: | Canvas Conducted: NO | Interpreter(if used): |

**NARRATIVE:**
AT T/P/O C/V STATES PERP VANDALIZED ELEVATOR IN RESIDENCE (APT BUILDING) WITH MAGIC MARKER & SPRAY PAINT. APPROX DAMAGE TO THE ELEVATOR IS $275.00. SUPER OF BUILDING CAN IDENTIFY PERP/SUSPECT. SUPER IS CABAN OSCULIAN.

**VICTIMS, REPORTERS, WITNESSES, SUSPECTS:**   Complaint # 2006-030-06233

| | Name | Sex | Race | Age |
|---|---|---|---|---|
| VICTIM | TOSKIC, RASIN | MALE | WHITE | |
| REPORTER | TOSKIC, RASIN | MALE | WHITE | |
| WANTED | POWELL, MARGARET | FEMALE | BLACK | |

**ARRESTS:**   Complaint # 2006-030-06233

| Arrest ID | Status | Defendant Name | Sex | Race | AGE | Arrest Date |
|---|---|---|---|---|---|---|
| M06697172 | ACTIVE | POWELL, MARGARET | FEMALE | BLACK | 69 | 12/07/2006 |

| Preparing/Arresting/Reporting M.O.S. Name: POM THEODORE STEINER | Tax #: 906929 | Command: 030 PCT | Rep Agency: NYPD |
| Supervisor Approving Name: SGT WILLIAM VERA | Tax #: 911430 | Command: 067 PCT | Rep Agency: NYPD |
| Complaint Report Entered By: PAA BOYD | Tax #: 916696 | Command: 030 PCT | Rep Agency: NYPD |
| Signoff Supervisor Name: LT CROWLEY | Tax #: 892279 | Command: 030 PCT | Rep Agency: NYPD |

## END OF COMPLAINT REPORT
### # 2006-030-06233

 **New York City Police Department**
Omniform System – Arrests 

| RECORD STATUS: NYSID ENTERD | Arrest ID: M06697172 - Y |
|---|---|
| Arrest Location: INSIDE OF 451 WEST 151 STREET | Pct: 030 |

Arrest Date: 12-07-2006    Processing Type: D A T
Time: 14:30:00    DCJS Fax Number: NP009215
Sector: F    Special Event Code: -
                DAT Number: 0
Stop And Frisk: NO    Return Date: 0000-00-00
Serial #: 0000-000-00000

**COMPLAINTS:**    Arrest #: M06697172

COMPLAINT NUMBER  REPORT DATE  RECORD STATUS  OCCUR DATE  OCCUR TIME
2006-030-05217    2006-10-24   Valid, No Arrests  2006-10-14  13:45

**CHARGES:**    Arrest #: M06697172

CHARGE  ATTEMPT?  LAW CODE  CLASS  TYPE  COUNTS  DESCRIPTION
TOP     No        PL 145.00 01 M    A            1  CRIM MIS:INTENT DAMAGE PROPRTY

DWI Arrest from:    # Injured: 00    # Fatalities: 00    Test Given:    B.A.C:    Reason Not Forfeit:

**DETAILS:**    Arrest #: M06697172

A/T/P/O/ DEFENDANT DID INTENTIONALLY USE MAGIC MARKER/SPRAY PAINT TO DEFACE ELE
VATOR WALL.

**DEFENDANT: POWELL, MARGARET**    NYSID #: 09806722    Arrest #: M06697172

Nick/AKA/Maiden:
Sex: FEMALE           Height: 5FT 05IN            Order Of Protection: NO
Race: BLACK           Weight: 200                  Issuing Court:
Age: 68               Eye Color: BROWN             Docket #:
Date Of Birth: 07/07/1937  Hair Color: BROWN       Expiration Date:
U.S. Citizen: YES     Hair Length: NORMAL          Relation to Victim: UNKNOWN/NONE
Place Of Birth:       Hair Style: CURLY/WAVY       Living together: NO
Need Interpreter: NO  Skin Tone: MEDIUM            Can be Identified: YES
Language:             Complexion: CLEAR
Accent: NO            Soc.Security #: 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
                      Occupation: NONE             Gang Affiliation: NO
Physical Condition: APPARENTLY NORMAL  Lic/Permit Type:    Name:
Drug Used: NONE       Lic/Permit No:               Identifiers:

LOCATION  ADDRESS  CITY  STATE/CNTRY ZIP  APT/ROOM PCT
HOME-PERMANENT 708 RIVERSIDE DRIVE MANHATTAN NEW YORK 10031 7E  030

Phone # and E-Mail Address: HOME: 212-234-0438

N.Y.C.H.A. Resident: NO  N.Y.C. Housing Employee: NO  On Duty:
Development:             N.Y.C. Transit Employee: NO

Physical Force: NONE       Gun:              Used Transit System: NO
Weapon Used/Possed: NONE   Make:             Station Entered:
Non-Firearm Weapon:        Color:            Time Entered:
Other Weapon Description:  Caliber:          Metro Card Type:
                           Type:             Metro Card Used/Posses:
                           Discharged: NO    Card #:

CRIME DATA              DETAILS
MODUS OPERANDI          UNKNOWN
ACTIONS TOWARD VICTIM   UNK
CLOTHING                OUTERWEAR - SWEAT SHIRT OR JOGGING JACKET - UNKNOWN COLOR
CLOTHING                FOOTWEAR - SANDALS - BLACK
CLOTHING                ACCESSORIES - SWEAT / JOGGING CLOTHES - BLACK
CLOTHING                HEADGEAR - UNK - UNKNOWN COLOR
CHARACTERISTICS         UNKNOWN
BODY MARKS              -UNKNOWN
BODY MARKS              -UNKNOWN
IMPERSONATION           UNKNOWN

**JUVENILE DATA:**    Arrest #: M06697172

Juvenile Offender:  Relative Notified:  Personal Recog:

| Number Of Priors: 0 | Name: | |
| School Attending: | Phone Called: | |
| Mother's Maiden Name: | Time Notified: | |

**ASSOCIATED ARRESTS:**   Arrest #: M06697172

**ARREST ID COMPLAINT #**

**DEFENDANTS CALLS:**   Arrest #: M06697172

CALL # NUMBER DIALED NAME CALLED DATE TIME
1   212-334-0436   KIM L POWELL   12/07/2005 14:28

**INVOICES:**   Arrest #: M06697172

INVOICE# COMMAND PROPERTY TYPE VALUE

**ARRESTING OFFICER: DT3 SAMUEL PEREZ**   Arrest #: M06697172

| Tax Number: 911487 | On Duty: YES | Force Used: NO |
| Other ID (non-NYPD): 911487 | In Uniform: NO | Type: |
| Shield: 2783 | Squad: 17 | Reason: |
| Department: NYPD | Chart: 06 | Officer Injured: NO |
| Command: MDA 630 Primary Assignment | | |

| Arresting Officer Name: DT3 PEREZ, SAMUEL | Tax #: 911487 | Command: MDA 630 | Agency: NYPD |
| Supervisor Approving: LT CASTRO | Tax #: 896538 | Command: | Agency: NYPD |
| Report Entered by: DT3 PEREZ | Tax #: 911487 | Command: | Agency: NYPD |

**END OF ARREST REPORT
M06697172**