UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

BUYERS AND RENTERS UNITED TO SAVE HARLEM; and

MARJORIE and THEODORE CHARRON; ANTHONY CASANOVAS; KAREN FLANNAGAN; ANDRES MARES-MURO; TRACEY MOORE; RAYMOND-ANDREW STAHL-DAVID; RUSSELL TAYLOR; DIANE TRUMMER, and KIM POWELL, on behalf of themselves and all others similarly situated,

                          Plaintiffs,

v.

PINNACLE GROUP NY LLC and JOEL WIENER

                         Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No. 1:07-cv-06316-CM

**<u>NOTICE OF MOTION FOR LEAVE TO APPEAR AS AMICUS CURIAE</u>**

PLEASE TAKE NOTICE that on the annexed Declaration of Mitchell Posilkin, dated November 15, 2007, and the pleadings herein, *amicus curiae* Rent Stabilization Association of New York City will move this Court, before the Honorable Colleen McMahon, U.S.D.J., United States Courthouse, Room 21B, 500 Pearl Street, New York, New York for an Order granting leave for the Rent Stabilization Association of New York City to appear in this action as an *amicus curiae*.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:	New York, New York
	November 15, 2007

VIVIAN SHEVITZ

By: __/s Vivian Shevitz_____
Vivian Shevitz (VS 6943)
Attorney at Law

46 Truesdale Lake Drive
South Salem, New York 10590
(914) 763-2122
Fax: (914) 763-2322
vivian@shevitzlaw.com

Attorneys for *Amicus Curiae*
Rent Stabilization Association of New York City

To:	Richard Levy, Esq.
	Jenner & Block LLP
	919 Third Avenue
	37th Floor
	New York, New York 10022-3900

	*Counsel for Plaintiffs*

	Mitchell Karlan, Esq.
	Gibson, Dunn & Crutcher LLP
	200 Park Avenue
	47th Floor
	New York, New York 10166

	*Counsel for Defendants*

2