## CERTIFICATE OF SERVICE

I, Ladan F. Stewart, hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746,

that on this 27th day of December 2007, I caused to be served a true and correct copy of the

Defendants' Reply Memorandum of Law In Further Support of Their Motion to Dismiss, via ECF,

upon counsel listed below:

> Richard Levy, Esq.
> Jenner & Block LLP
> 919 Third Avenue
> 37th Floor
> New York, New York 10022-3900
>
> *Counsel for Plaintiffs*

Ladan F. Stewart