UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
──────────────────────────────── x

BUYERS AND RENTERS UNITED TO SAVE
HARLEM; and

MARJORIE and THEODORE CHARRON;
ANTHONY CASANOVAS; KAREN FLANNAGAN;
ANDRES MARES-MURO; TRACEY MOORE;
RAYMOND-ANDREW STAHL-DAVID;
RUSSELL TAYLOR; DIANE TRUMMER; and
KIM POWELL, on behalf of themselves and all
others similarly situated,

            Plaintiffs,

  -against-                              07 Civ. 6316 (CM)

PINNACLE GROUP NY LLC and JOEL WIENER,

            Defendants.
──────────────────────────────── x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/08
```

McMahon, J.:

       The motion by the Rent Stabilization Association of New York City ("RSA") for leave to file an amicus brief is granted. Attached to this motion was RSA's amicus brief, which was labeled on ECF as a Proposed Memorandum of Law in support of Defendants' Motion to Dismiss the Second Amended Complaint. (*See* Dkt. #26.) The Court deems this document to be RSA's amicus brief.

Dated: August 14, 2008

                                                               */s/ Colleen McMahon*
                                                                     U.S.D.J.

BY ECF TO ALL COUNSEL