*McMahon, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

BUYERS AND RENTERS UNITED TO SAVE HARLEM;
and

MARJORIE and THEODORE CHARRON; ANTHONY
CASASNOVAS; KAREN FLANNAGAN; ANDRES
MARES-MURO; TRACEY MOORE; RAYMOND
ANDREW STAHL-DAVID; RUSSELL TAYLOR; DIANE
TRUMMER, and KIM POWELL, on behalf of themselves
and all other similarly situated,

           Plaintiffs,

 v.

PINNACLE GROUP NY LLC; PINNACLE GROUP, LLC;
and JOEL WIENER,

           Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/15/08
```

No. 1:07-cv-06316-CM

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, being the counsel for the various parties in the above-captioned actions, that Defendants' time to answer the Second Amended Class Action Complaint, currently set for September 15, 2008, shall be extended by one week, and that Defendants shall interpose their Answer no later than September 22, 2008.

| JENNER & BLOCK LLP | GIBSON, DUNN & CRUTCHER LLP |
|---|---|
| BY: _____ *(signature)* <br> Richard F. Levy <br> Attorney for Plaintiffs | BY: _____ *(signature)* <br> Mitchell A Karlan (MK-4413) <br> Attorney for Defendants Pinnacle Group NY LLC and Joel Wiener |
| Tel: (212) 891-1640 | Tel: (212) 351-3827 |
| Dated: New York, New York <br> September 15, 2008 | Dated: New York, New York <br> September 15, 2008 |

SO ORDERED: _____ *(signature)*
U.S.D.J.

9/15/08

100517778_1 (2).DOC