# EXHIBIT A

# Attorney Summary Report
## Pinnacle Files (62726 and 62727)
### February 29, 2012

| Attorney | Name | Hours | Amount |
|---|---|---:|---:|
| 1667 | RICHARD F. LEVY | 2,023.50 | 1,771,290.00 |
| 2133 | LUKE P. MCLOUGHLIN | 685.75 | 299,390.00 |
| 0530 | ANDREW A JACOBSON | 657.75 | 312,130.00 |
| 2128 | STEPHEN KANG KINSLOW | 515.00 | 206,000.00 |
| 2069 | MELISSA L. DICKEY | 484.25 | 228,052.50 |
| 2050 | MARISA K. PERRY | 380.75 | 206,700.00 |
| 8389 | MARK R. SCHOLL | 369.25 | 94,605.00 |
| 0655 | C. STEVEN TOMASHEFSKY | 361.00 | 189,525.00 |
| 2249 | ANNA M. BALDWIN | 349.75 | 141,132.50 |
| 2011 | CHINH Q. LE | 288.25 | 106,341.25 |
| 2127 | SHELLEY K. DUFFORD | 288.00 | 106,560.00 |
| 1991 | CARLETTA F. HIGGINSON | 286.75 | 103,455.00 |
| 0482 | ROSS B. BRICKER | 229.00 | 192,962.50 |
| 2046 | ANDREW F. MERRICK | 202.25 | 53,087.50 |
| 2153 | BRIAN J. WILSON | 196.25 | 53,993.75 |
| 6858 | BRETT J. MULLENBROCK | 160.75 | 27,327.50 |
| 2076 | KENYANNA M. SCOTT | 150.25 | 86,320.00 |
| 8372 | SHAWN K. MCGEE | 128.50 | 30,817.50 |
| 6801 | DANA R. VARIANO | 118.25 | 14,581.25 |
| 1978 | RONALD M. DAIGNAULT | 112.75 | 64,023.75 |
| 2182 | JOHN J. MOLENDA | 88.50 | 51,500.00 |
| 2445 | JOSHUA H. RUBIN | 86.50 | 38,637.50 |
| 2000 | ANGELINA NGUYEN | 82.75 | 25,600.00 |
| 6910 | OWEN P. JOYCE | 70.25 | 11,240.00 |
| 6788 | HEATHER L. TRUMBOUR | 68.50 | 15,755.00 |
| 2376 | EDDIE A. JAUREGUI | 64.50 | 28,035.00 |
| 2070 | CATHARINE L. DU BOIS | 61.75 | 21,612.50 |
| 1985 | ELIZABETH VALENTINA | 61.00 | 18,295.00 |
| 1993 | JEREMY M. CREELAN | 60.75 | 26,343.75 |
| 2371 | CHAVI K. NANA | 59.50 | 25,627.50 |
| 2161 | MELISSA A. COX | 55.75 | 20,177.50 |
| 2019 | DANIEL B. TEHRANI | 52.00 | 26,260.00 |
| 6885 | CATHERINE L. CHU | 50.75 | 8,115.00 |
| 2315 | D. MATTHEW FELDHAUS | 48.75 | 15,978.75 |
| 6897 | GRETCHEN J. PINNICK | 48.25 | 7,842.50 |
| 8325 | LAMIA K. AZIZE | 47.75 | 12,892.50 |
| 6932 | KEIANNA A. DIXON | 44.00 | 7,250.00 |
| 2001 | ANDREW WEISSMANN | 43.00 | 29,175.00 |
| 2389 | SABRINA N. GUENTHER | 39.00 | 12,675.00 |
| 2258 | TARSHA A. PHILLIBERT | 37.00 | 17,020.00 |
| 9394 | COLLEEN E. ROH | 35.25 | 5,640.00 |
| 2082 | BRIAN J. FISCHER | 33.50 | 19,430.00 |
| 9396 | JEAN ZACHARIASIEWICZ | 30.50 | 4,880.00 |
| 8391 | ADAM M. ROTTNER | 27.25 | 5,722.50 |
| 2333 | CHELSEA L. WARREN | 26.00 | 8,585.00 |
| 2287 | PAUL M. MONTELEONI | 24.25 | 10,063.75 |
| 6893 | LAUREN E. WANG | 22.50 | 3,600.00 |
| 6793 | JOSHUA R. CASTOR | 22.00 | 5,262.50 |
| 2003 | RYAN K. HARDING | 21.25 | 7,437.50 |
| 9246 | DANNY A. HUERTA | 20.75 | 5,706.25 |
| | **Totals:** | **9,421.50** | **4,784,655.00** |

# Attorney Summary Report
Pinnacle Files (62726 and 62727)
February 29, 2012

| Attorney | Name | Hours | Amount |
|---|---|---:|---:|
| | *Timekeeper total of those working less than 20 hours* | *374.50* | *112,057.50* |
| | **GRAND TOTAL:** | **9,796.00** | **4,896,712.50** |