UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARJORIE CHARRON, et al.

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

- against -

PINNACLE GROUP NY LLC, et al.

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 13 2012

07 Civ. 6316 (CM) (RE)

**NOTICE OF APPEAL
IN A CIVIL CASE**

Notice is hereby given that Marjorie Charron, Theodore Charron, Kim L. Powell, Andres Mares-Muro, Andrew Stahl-Du
*(party)*

hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment

granting final approval of settlement.
*(describe the judgment)*

entered in this action on the 15 day of June, 2012.
*(date)* *(month)* *(year)*

Andres Mares-Muro (msc)
*Signature*
c/o Powell
706 Riverside Dr #7E
*Address* NYC,
New York, NY 10031
*City, State & Zip Code*

DATED: JULY 13, 2012

(646) 260-4827
*Telephone Number*

**NOTE:** To take an appeal, this form must be received by the *Pro Se* Office of the Southern District of New York within thirty (30) days of the date on which the judgment was entered, or sixty (60) days if the United States or an officer or agency of the United States is a party.

*Rev. 05/2007*