PRO SE OFFICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 06 2012

MARJORIE CHARRON, et al
*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

07 Civ. 6316 (CM)(RE)

JOINT AMENDED
NOTICE OF APPEAL
IN A CIVIL CASE

- against -

PINNACLE GROUP NY LLC, et al.

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

Notice is hereby given that Marjorie Charron, Theodore Charron, Kim L. Powell, Andres Mares-Muro and Raymond Andrew Stahl-David
*(party)*

hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment

granting final approval of settlement.
*(describe the judgment)*

entered in this action on the __15th__ day of __June__, 20__12__.
*(date) (month) (year)*

Marjorie S. Charron
Kim L. Powell
Raymond Andrew Stahl-David
Theodore Charron
DATED: August 02, 2012

Andres Mares-Muro
*Signature*
Andres Mares-Muro
c/o Powell
*Address*
706 Riverside Drive, #7E
New York, NY 10031
*City, State & Zip Code*
( 646 ) 260 - 4827
*Telephone Number*

NOTE: To take an appeal, this form must be received by the *Pro Se* Office of the Southern District of New York within thirty (30) days of the date on which the judgment was entered, or sixty (60) days if the United States or an officer or agency of the United States is a party.

Rev. 05/2007

August 2, 2012

Clerk
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY

> RE: Marjorie Charron et al. v. Pinnacle Group NY LLC, et al
> United States District Court, Southern District of New York Index #07-6316 CM RE
> United States Court of Appeals for the Second Circuit Index #12-2907 cv

We are the five class representatives in the above-referenced appeal. On July 13, 2012, we filed pro se a Notice of Appeal, which was accepted by the Clerk. It has just been brought to our attention that the original notice of appeal may have a defect in form because it was signed by only one of us. It was not clear to us from the form that all of us must actually sign the form -- it has space for only one "signature" (singular). Nor did the instructions or Clerk's office ever advise us that all of us must sign. However, just to be sure, we are submitting with this letter an Amended Notice of Appeal signed by all five of us.

We apologize for any inconvenience and thank you for your assistance in this matter.

Yours truly

Andres Mares-Muro *[signed]*
Marjorie Charron *[signed]*
Kim Powell *[signed]*
Raymond Andrew Stahl-David *[signed]*
Theodore Charron *[signed]*

Encl.

cc: Second Circuit Clerk, United States Court of Appeals for the Second Circuit