

Judge Marilyn Shafer  
Attention Of: Mrs. Marilyn Shafer  
275 Seventh Avenue  
Ny, New York 10001  
United States of America

# Invoice

| | |
|---|---:|
| Account: | 6831180 |
| Invoice: | 1985-1449 |
| Date: | Jun 2 2014 |
| Date Due: | Jun 2 2014 |

**Account Information**

| | | | |
|---|---|---|---:|
| Prior Balance | | $ | 0.00 |
| Payments Received | | $ | 0.00 |
| Refunds / Account Adjustments | | $ | 0.00 |

**Current Invoice** — Period

| | | | |
|---|---|---|---:|
| Monthly Charges | Jul 1 2014 - Jul 31 2014 | $ | 0.00 |
| One-Time Only Charges | May 14 2014 - Jun 12 2014 | $ | 0.00 |
| Other Charges | May 14 2014 - Jun 12 2014 | $ | 11,536.00 |
| Tax | | $ | 0.00 |
| **Total Current Invoice** | | $ | **11,536.00** |

| | | |
|---|---|---:|
| **Total Amount Due** | $ | 11,536.00 |

Payment Terms: Jun 2 2014

For check or bank transfer payments, please include your Account Number and Invoice Number on your remittance.

Balances not paid by the date due will be charged a late fee equal to $25 plus 5% of the amount due on overdue balances under $1,000 or $50 plus 5% of the amount due on overdue balances of $1,000 or greater

For billing questions, please call +1 646 722 3000

---

Please return the remittance stub below with check payable to: Regus Management Group, LLC

# Invoice

Regus  
Centre: 1985 NY, New York City - 275 Seventh Avenue

| | |
|---|---:|
| Account: | 6831180 |
| Invoice: | 1985-1449 |
| Date Due: | Jun 2 2014 |
| Amount Due | $11,536.00 |

Check Amount Only: $_____  
PLEASE DO NOT SEND CASH

**Regus Management Group, LLC**  
**P.O.Box 842456**  
**Dallas, TX 75284-2456**



## Judge Marilyn Shafer Invoice

Description Invoice: NY, New York City - 275 Seventh Avenue

| Monthly Charges Start Date | Jul 1 2014 | Monthly Charges End Date | Jul 31 2014 |
| --- | --- | --- | --- |
| One-Time Only Charges Start Date | May 14 2014 | One-Time Only Charges End Date | Jun 12 2014 |
| Other Charges Start Date | May 14 2014 | Other Charges End Date | Jun 12 2014 |

| Charge Description | Units | Unit Price | Amount | Tax | Total |
| --- | --- | --- | --- | --- | --- |
| **Monthly Charges** | | | | | |
| Long Term Office Initial Fee | 1.0000 | 0.0000 | 0.00 | 0.00 | 0.00 |
| Long Term Office Initial Fee | 1.0000 | 0.0000 | 0.00 | 0.00 | 0.00 |
| **Total Monthly Charges** | | | **0.00** | **0.00** | **0.00** |
| **Other Charges** | | | | | |
| Retainer | 2.0000 | | 11,536.00 | 0.00 | 11,536.00 |
| **Total Other Charges** | | | **11,536.00** | **0.00** | **11,536.00** |
| **Grand Total** | | | **$ 11,536.00** | **$ 0.00** | **$ 11,536.00** |



## Judge Marilyn Shafer Invoice

Description Invoice: NY, New York City - 275 Seventh Avenue

| | | | |
|---|---|---|---|
| Monthly Charges Start Date | Jul 1 2014 | Monthly Charges End Date | Jul 31 2014 |
| One-Time Only Charges Start Date | May 14 2014 | One-Time Only Charges End Date | Jun 12 2014 |
| Other Charges Start Date | May 14 2014 | Other Charges End Date | Jun 12 2014 |

| Accounting Date | Payment ID | Deposit ID | Payment Amount |
|---|---|---|---|
| Payment Information | | | |
| | | | Total |